# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−31197−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Regi O. Abraham
   606 Cooper Landing Road
   Building B
   Apt. 2E
   Cherry Hill, NJ 08002

Social Security No.:
   xxx−xx−4602

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 29, 2019.

On 6/9/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date: July 14, 2021
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 10, 2021
JAN:

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jun 10, 2021     Form ID: 185     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol  Definition**
\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regi O. Abraham, 606 Cooper Landing Road, Building B, Apt. 2E, Cherry Hill, NJ 08002-1710 |
| 517833557 | + | Calzaretto & Company, LLC, 459 Route 38 West, 16848, NJ 08052-2060 |
| 519042149 | + | Calzaretto & Company, LLC, John Calzaretto, CPA, JD, 459 Route 38 West, Maple Shade, NJ 08052-2060 |
| 517833558 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517833559 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517849986 |   | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 517833566 | + | NJ Child Support Svcs, Burlington County, 50 Rancocas Road, 2nd floor, PO Box 6555, Mount Holly, NJ 08060-6555 |
| 517833563 | + | Nelco Realty, 606 Cooper Landing Road, Cherry Hill, NJ 08002-1710 |
| 517833565 | + | New Jersey Motor vehicle Commission, Title Records Unit, PO Box 155, Trenton, NJ 08666-0155 |
| 517833564 | + | New Jersey Motor vehicle Commission, Administative Unit, 225 East State Street, Trenton, NJ 08666-0001 |
| 517833567 | + | Paul Mathai, 102 Old Orchard Road, Cherry Hill, NJ 08003-1213 |
| 517833568 | + | Sherly Abraham, 13303 Big Cedar Lane, Bowie, MD 20720-5609 |
| 517833569 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517833572 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517833560 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2021 21:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517833561 | + | Email/Text: M74banko@daimler.com | Jun 10 2021 21:09:00 | Mercedes-Benz Financial Services, Po Box 685, Roanoke, TX 76262-0685 |
| 517833562 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2021 21:08:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 517937155 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2021 21:03:26 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517838050 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 21:04:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517833570 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 21:04:27 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517833571 |   | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jun 10 2021 21:05:04 | TMobile, PO Box 742596, Cincinnati, OH 45274-2596 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Trustee Isabel C. Balboa DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Debtor Regi O. Abraham DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4